UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Fernando DaSilva,<br><br>        Plaintiff,<br><br>vs.<br><br>ABM Facilities Services, LLC,<br><br>        Defendant. | *Document Filed Electronically*<br><br>Civil Case No.: 2:18-cv-07689-KM-JBC<br><br>**JOINT MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL** |

Defendant ABM Facilities Services, LLC ("ABM") and Plaintiff Fernando DaSilva ("DaSilva" or "Plaintiff") jointly move for an Order granting leave to file the Confidential General Release and Waiver ("Settlement Agreement") under seal. The Settlement Agreement resolves all remaining disputes in this case and contains confidentiality obligations, upon which consideration for the Settlement Agreement is premised. To insure the confidentiality of the Settlement Agreement, the parties respectfully request leave to file it under seal.

Dated: October 4, 2018

                                                Respectfully submitted,

                                                By: */s/ Andrew I. Glenn*
                                                Andrew I. Glenn, Esq.
                                                Jaffe Glenn Law Group, P.A.
                                                301 N. Harrison Street, Suite 9F, #306

Princeton, NJ 08540
Aglenn@jaffeglenn.com

*Counsel for Plaintiff*

By: */s/ Amanda L. Van Hoose Garofalo*
Amanda L. Van Hoose Garofalo (15142010)
*agarofalo@bakerlaw.com*
BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
Tel. 212-589-4610
Fax 212-589-4201

Jeffrey T. Williams (*pro hac vice*)
*jwilliams@bakerlaw.com*
Dustin M. Dow (*pro hac vice*)
*ddow@bakerlaw.com*
BakerHostetler
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 861-7098

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2018, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the ECF system.

*/s/ Andrew I. Glenn*
Attorney for Plaintiff

SO ORDERED

Kevin McNulty, U.S.D.J.
Date: 10/10/18

2