Amanda Van Hoose Garofalo (15142010)
agarofalo@bakerlaw.com
BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
Tel. 212-589-4610
Fax 212-589-4201

Jeffrey T. Williams (*pro hac vice*)
jwilliams@bakerlaw.com
Dustin M. Dow (*pro hac vice*)
ddow@bakerlaw.com
BakerHostetler
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 861-7098

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Fernando DaSilva,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ABM Facilities Services, LLC,<br><br>　　　　　　Defendant. | *Document Filed Electronically*<br><br>Civil Case No.: 2:18-cv-07689-KM-JBC<br><br>[PROPOSED] **ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** |

　　　Pending before the Court is a Joint Motion for Approval of Settlement and Dismissal with Prejudice. The Court reviewed the motion and the settlement

agreement, and it appears to be a fair and reasonable settlement of the wage claims presented.

Accordingly, the Joint Motion for Approval of the Settlement and Dismissal with Prejudice is **GRANTED**. This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58.

It is so **ORDERED**.

HON. KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE